DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**AVNER HOURI,**
Appellant,

v.

**CITIZENS PROPERTY INSURANCE CORPORATION,**
Appellee.

No. 4D21-3110

[January 26, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Mily Rodriguez Powell, Judge; L.T. Case No. CACE20-013739.

Robin F. Hazel of Farrell Patel Jomarron Law, Coral Gables, and Jesmany Jomarron of The Morgan Law Group, Coral Gables, for appellant.

Kristi Bergemann Rothell of Methe & Rothell, P.A., West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., GERBER and ARTAU, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***